UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL P. BANKS,<br><br>　　　　Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　Respondent. | No. CV 16-9166-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Report and Recommendation of the Magistrate Judge ("Report and Recommendation"). No objections to the Report and Recommendation have been filed. The Court agrees with the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: November 19, 2019

　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Judge