UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRYL P. BANKS,

    Petitioner,

v.

DEBBIE ASUNCION, Warden,

    Respondent.

NO. CV 16-9166-JAK (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: November 19, 2019

JOHN A. KRONSTADT
United States District Judge