UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL P. BANKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　Respondent. | No. CV 16-9166-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

On October 8, 2019, the magistrate judge issued a Report and Recommendation ("Report") that recommended denial of the Petition for Writ of Habeas Corpus ("Petition"). (Dkt. No. 26-27.)

The time to file objections to the Report passed on October 31, 2019. (Dkt. No. 27.) The court did not receive any objections from Petitioner or a request for an extension to time to file Objections.

1 | On November 19, 2019, the Court issued an Order Accepting Findings and Recommendation of United States Magistrate Judgment and entered Judgment denying the Petition and dismissing the action with prejudice. (Dkt. Nos. 29-30.) The Court denied a certificate of appealability. (Dkt. No. 28.)

On November 22, 2019, the court received Petitioner's belated request for an extension of time to file objections to the Report. (Dkt. No. 31.) The proof of service was signed on November 17, 2019, and the envelope was apparently given to the prison for mailing on November 18, 2019. (*Id.*, back of envelope.)

Petitioner explained that he did not receive the Report until November 6, 2019 because he was relocated to Salinas Valley State Prison ("SVSP"). Petitioner stated that he did not have access to the law library because SVSP was within a high risk fire zone, Pacific Gas & Electric had intermittently shut off power, and SVSP had experienced staff shortages. He requested an extension of time until December 11, 2019.

Petitioner's request for an extension of time was granted to file objections to the Report within 20 days after entry of the Minute Order dated December 4, 2019. The Order Accepting Report and Recommendation, Judgment and Order Denying Certificate of Appealability were VACATED. (Dkt. No. 32.) Petitioner was reminded that it was his responsibility to keep the Court and opposing parties apprised of his current address. Local Rule 41-6.

Petitioner was advised that if he did not file timely objections, the matter would again be taken under submission the day after the deadline for filing objections had lapsed. To date, the court has not received any objections from Petitioner or a request for an extension of time to file objections.

IT IS ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: January 9, 2020

JOHN A. KRONSTADT
United States District Judge